UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

-vs-

D-1  BRANDON JOHNSON,

           Defendant.
_____/

Case: 3:20–cr–20587
Assigned To : Cleland, Robert H.
Referral Judge: Whalen, R. Steven
Assign. Date : 12/4/2020
Description: INFO USA V. JOHNSON (NA)

Offense: 26 U.S.C. § 7206(1), Making a False Tax Return

## INFORMATION

The United States Attorney charges that:

## INTRODUCTION

At times relevant to this Information:

1. Defendant BRANDON JOHNSON was a resident of St. Clair Shores, Michigan.

2. Defendant BRANDON JOHNSON was President of Company A from 2007 through October 2017. Company A was a building maintenance company owned and operated by Defendant BRANDON JOHNSON and members of his family.

3. From approximately 2008 through 2017, Defendant BRANDON JOHNSON misappropriated millions of dollars from Company A and used those funds for

personal purchases. Defendant BRANDON JOHNSON paid for those personal purchases by issuing checks from Company A payable to a supplier and the supplier's business. Defendant BRANDON JOHNSON understood those payments to that supplier and that supplier's business were for purchases that were personal in nature and not legitimate business expenses. Defendant BRANDON JOHNSON also understood that the funds he took out of Company A by this means should have been reported as income on his individual tax returns. Defendant BRANDON JOHNSON concealed the checks in Company A's records by making it appear as if the checks were written to legitimate vendors.

## COUNT ONE

4. On or about August 31, 2015, in the Eastern District of Michigan, Southern Division, Defendant BRANDON JOHNSON, did willfully make and subscribe a joint U.S. Individual Income Tax Return, Form 1040, for the 2014 tax year, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That tax return, which was filed with the Internal Revenue Service, failed to report approximately $1,258,360 in funds he misappropriated from Company A as income, whereas, as defendant BRANDON JOHNSON then and there well knew, those misappropriated funds should have been included in the income he

reported on that tax return, and that failing to report those misappropriated funds as income caused the total income on that tax return to be falsely understated.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT TWO

5. On or about October 17, 2016, in the Eastern District of Michigan, Southern Division, Defendant BRANDON JOHNSON, did willfully make and subscribe a joint U.S. Individual Income Tax Return, Form 1040, for the 2015 tax year, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That tax return, which was filed with the Internal Revenue Service, failed to report approximately $2,091,150 in funds he misappropriated from Company A as income, whereas, as defendant BRANDON JOHNSON then and there well knew, those misappropriated funds should have been included in the income he reported on that tax return, and that failing to report those misappropriated funds as income caused the total income on that tax return to be falsely understated.

In violation of Title 26, United States Code, Section 7206(1).

- 4 -

MATTHEW SCHNEIDER
United States Attorney


*/s/ Jeffrey A. McLellan*
JEFFREY A. MCLELLAN
SAM BEAN
Trial Attorneys
U.S. Department of Justice, Tax Division

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>20-cr-20587 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Brandon Johnson

**County where offense occurred :** Macomb

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

    ____Indictment/__✓__Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [**Case number:**     ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

December 4, 2020
Date

/s/ Jeffrey A. McLellan

Jeffrey A. McLellan
Trial Attorney
U.S. Department of Justice - Tax Division
Fax:
E-Mail address: jeffrey.a.mclellan@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.