UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

-vs-

BRANDON JOHNSON,

      Defendant.

_____/

Case No. 20-cr-20587
Hon. Matthew F. Leitman

## ORDER TO SEAL

The Government has moved this Court for leave to file its sentencing submission under seal. For good cause shown, the Government's Motion is **GRANTED**.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 5, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 5, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126