UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                     Case No. 3:20-cr-20587-1

v.                                        Hon. Matthew F. Leitman

BRANDON JOHNSON,           Magistrate R. Steven Whalen

       Defendant.
_____/

## **INDEX OF EXHIBITS**

Exhibit 1 - AG Press Release re Opioid Settlement

Exhibit 2 - Family Character Reference Letters

Exhibit 3 - DOJ OxyContin Facts

Exhibit 4 - Mandy Johnson Letter

Exhibit 5 - Robert Fetter Letter (Attorney)

Exhibit 6 - Paul Doppke Letter

Exhibit 7 - Letter from Univ Liggett School Athletics Dr. Leython Williams

Exhibit 8 - Gina Forletta

Exhibit 9 - Jared Slanec Letter

Exhibit 10 - Sandy Kallek Letter

Exhibit 11 - Unpublished Cases