# EXHIBIT 2

Cathy Johnson
20 Moorland Dr.
Grosse Pointe Shores, MI   48236

February 29, 2024

Honorable Judge Matthew F. Leitman
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Room 249
Detroit, MI 48226

I am Brandon Johnson's Mother.  He is my first born, my # 1. It is with deep emotion that I will attempt to write this letter.  I really don't even know where to begin, but I will try.

Brandon is the eldest son and older brother to his two younger brothers whom they idolized.  He was a scholar athlete and went on to play College Baseball at Grand Valley.

While at Grand Valley, Brandon played on a flag football team and got a dislocated shoulder injury.  He was prescribed opioid medication. When his prescription ran out, he turned to our family Dr. to refill.  The Dr. continued to give him refills for a while but then worried that he had developed an addiction problem and stopped prescribing them.  We thought that was the end of it.

After college he and his girlfriend Mandy who was a Grand Valley Graduate from Indiana, moved back to our hometown of St. Clair Shores.  While looking for a job Brandon started working for our Property Preservation Company that we had just started out of our basement.  Brandon was going to accept a job he was offered in Dallas, TX and he and Mandy were planning to move.  My husband Gene's health took a turn and Brandon decided to stay and help his father.

Brandon and Mandy married and have two wonderful children, who have grown into beautiful scholar athletes, Andrew 17, is an excellent three varsity sport athlete playing baseball, hockey and football.  Morgan 14, plays volleyball, basketball and was on the Dance Team.  They are both 4.+ Students and we are so proud of them. I must also say I am very proud of my Daughter-in-Law Mandy whose world was shaken to the core the day we discovered what Brandon was up to. Mandy is a Middle School Teacher at ULS, serves several roles in diversity and curriculum, a volleyball coach and has just been promoted to Dean of Middle School students.

Brandon worked very hard to make GTJ grow and put in many long hours. The company flourished and became very successful in large part to Brandon's dedication, along with our other son's Blake and Kyle.

Things seemed to be going great, but I think we all suspected something was off with Brandon. I thank the Lord often for the day the IRS agent walked into GTJ questioning a 1099 that was issued to one of our vendors. That was the day Brandon lost his job, admitted to what he had been up to. We were all in shock! The next day he was admitted into a rehab facility in Florida. I truly believe had that not happened, my 1st born Brandon would be dead. A victim of the Opioid Epidemic. Mandy filed for divorce and was devastated. We supported her. I kept telling her that my son Brandon didn't do this!! It was the addict, and he could beat this. after she visited the treatment center and spent a day learning about addiction and trying desperately not to disrupt her family, she decided not to divorce.

The devastation that this addiction has caused my family is difficult to put into words, it seemed insurmountable. I am so grateful that the love we have for one another has kept us all together and truly couldn't be prouder.

Brandon has worked very hard in his sobriety. He is coming up to his 7-year anniversary. He started his own company and is trying to provide for his family. It has been difficult for him to not be able to expand his business due to the uncertainty his future holds. He is a Varsity Baseball coach at University Liggett and a 17U travel team in the Summer. He has been a mentor to many young men. Most of his former players go out of their way to greet him and tell him "He was the best coach they ever had!" He takes great pride in helping in the development of these young men. He volunteers to DJ and announce at all the ULS home hockey games and football games and is the first to step in where he is needed. He was even given an award at the spring sports award banquet, Knight of Honor for recognition of his dedication which is usually given to a player! It was a wonderful Honor. He also served several years on the St. Clair Shores Planning Commission. He is a true asset to the community. Brandon is a kind loving person, for example, my father passed away almost 16 years ago and every year he sends my mom flowers on their wedding anniversary, December 7th and says, "Grandad would want me to do this". When his father and I need anything, he is there in a heartbeat. I love him with all my heart and pray for him and his family. I have my Brandon back.

The price he and his family have paid for the uncertainty of their future for almost 7 years has taken its toll, but he and Mandy get up every day and work hard to keep their family together.

At this point in time, I truly feel that incarceration would be a true detriment to all involved. I am asking for leniency when considering his sentence.

Thank you so much for your time and consideration.

Sincerely,

Cathy Johnson

Cathy Johnson

Gene T. Johnson
20 Moorland
Grosse Pointe Shores, MI  48236


February 29, 2024


The Honorable Judge Matthew F. Leitman
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Room 249
Detroit, MI  48226

Dear Judge Leitman,

I writing to you about my oldest son Brandon.  As my first born, we've had a special relationship through all the years. I am extremely proud of his academic and athletic abilities.  He is a great mentor to his brothers and they had a wonderful time growing up.  Brandon went on to play NCAA Baseball which turned out to be a good and bad thing.  He was injured playing ball and was introduced to opioid pain pills.  His addiction was not apparent to his mother and I and it didn't effect his job performance or his husband and father responsibilities.  We have a very close family and live just a few miles apart.

I was a Housing Agent for the State of Michigan and a HUD Building Inspector when Brandon came home from college and together we started a Property Preservation Company geared strictly toward foreclosures.  It was a groundbreaking endeavor, as we were the first company to provide all the services needed for a home in foreclosure. Brandon excelled at building this company from my basement to our eventual 70,000 sq.ft. Headquarters. We had well over 100 employees, with 60 to 70 trucks on the road. Our territory continued to expand and soon we covered the Great Lakes Region.  In 2010 I promoted Brandon to President and CEO.  He worked 60 to 70 hours per week, and I was constantly asking him to work a normal routine.  All the while, he was busy coaching baseball and hockey and quickly made a reputation in the community as the coach everyone wanted their kid to play for. In addition, he became involved in the city government taking a position on the Planning Commission.

On the outside everything seemed perfect, my 3 sons all worked for our lucrative business, and my wife and I could not have been happier.
Then the IRS showed up at our office one morning looking to speak with Brandon, That's when we found out about his terrible addiction.
That's the day Brandon hit rock bottom, when he admitted the extent of his addiction. Within 24 hours Brandon was in a detox rehab center in Florida where he was a patient for 2 months.  When he returned to Michigan he lived in a halfway house in Ann Arbor for a month or so and was able to pick up a job in retail sales, while constantly trying to repair his marriage.

Brandon and Mandy have two teenage kids, 17 & 14.  They are exceptional students, both maintaining a 4.+ grade point average. Just like their parents, they are gifted athletes and when this situation was exposed, I was very concerned about them being able to maintain their standing at school. Thank God the family healed, and they are working harder than ever to keep the high standards they achieved. Andrew was the recipient of the Merit Scholarship Award. Morgan plays volleyball, basketball and is serious about drama and modeling.

It's been almost seven years since the day the IRS Agents came to our office and Brandon has been on probation fulfilling all the court requirements. He has started his own building and Design Company and works very hard.
His work comes by word of mouth and he is very busy.

Sir, I am asking for leniency in sentencing Brandon.  I believe incarceration would damage their family and possibly cause the Kids to lose their desire to not only succeed but to be the best in all facets of life. In my opinion, Brandon has already been given the hardest sentence, his removal from the family business forever.  His brother's and I have worked very hard to mend the damage to the business.

In closing, I can say that as a family we have put the work issue behind us.  The cousins are all best friends, and we break bread often with love, and that means more than anything to my wife and I.

Respectfully,

Gene Johnson

Blake Johnson
611 Lake Shore Rd
Grosse Pointe Shores, MI 48236

February 29, 2024

The Honorable Judge Matthew F. Leitman
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd. , Rm#249
Detroit, MI 48226

Dear Judge Leitman,

My name is Blake Johnson, and I am writing this letter on behalf of my older brother, Brandon Johnson.

Brandon is the oldest of three brothers, I am the youngest. Growing up, despite a four-year age gap, Brandon and I were very close. I always looked up to him as my older brother. He was smart, driven, handsome, and a very good multi-sport athlete. I wanted nothing more than to follow in Brandon's footsteps in the classroom, in sports, and eventually in business. My brother was always there to help, protect, support, and encourage me as I pursued my goals.

Looking back, I have wonderful memories of our childhood. We grew up in a loving home with great parents that instilled hard-working and honest values in their three boys. My dad would always say, "work hard, keep your mouth shut, and good things will happen." That became our foundation as young men, athletes, and eventually as businessmen, and fathers of our own.

After graduating college, I decided to forego law school and join the family business that was started by my father Gene and Brandon. At that time, the business was small but growing and I quickly became Brandon's "right hand man." We spent the next ~15 years working 60 hours+ a week together and building our family business into a nationally recognized small business providing services to the most significant clients in our industry. Brandon and I were inseparable during these exciting, challenging, and rewarding times.

During the middle of this ~15-year period of exceptional growth of the business, I began to notice changes in Brandon's behavior. He became increasingly detached and distracted. He would show up late for work, was often unprepared (extremely out of character), and at times seemed physically "out of it." Looking back, I excused these changes as responses to increased pressures of business and becoming a dad. These issues persisted and a few years later, we began to experience financial issues for the first time in our company's history. On the surface, these issues were explainable given the overall circumstances, i.e. declining sales, tighter industry pricing, bloated operational costs, etc. I recall having very pointed conversations with Brandon and our other partners (family) about having to make significant changes to right the ship, but Brandon was very slow to react. We spiraled for a couple of years and then things finally came to a head when the bank started to make waves and eventually issued foreclosure notices on our properties. This caught everyone by great surprise. Everyone, seemingly but Brandon, was shocked and reeling.

A short time after that, the IRS came to our office one morning looking for Brandon, who was once again late for work. Since Brandon was not available, the IRS requested to speak with another business owner. As the second in charge, I reluctantly met with the IRS agent. The agent proceeded to inform me about an ongoing tax situation with the company of which I was not aware, and then asked me questions about our finances and specific transactions. While I wasn't involved in the financial side of the business, I knew based on what she was telling me that something was very off. I took the information she gave me and did some basic research. I quickly realized that our books had been manipulated and that the only person that could have been responsible was Brandon. I was in complete shock and disbelief. How could my brother Brandon possibly steal from his family? It seemed inconceivable.

The rest of the day was surreal. I called an emergency offsite meeting with my parents and my middle brother Kyle where we reviewed the situation. Everyone was in shock. We returned to the office to confront Brandon and get to the bottom of this situation. Once confronted with the facts, Brandon knew it was over. In a very emotional exchange, Brandon confessed that he had a "very serious drug problem" and that he had been stealing from the company to pay for his drug abuse. This revelation only increased our shock, we simply could not believe what we were hearing. Of course, it wasn't until later that we learned of the true depth of the drug abuse and financial depravity.

Fortunately, despite the unprecedented nature of what we were dealing with, we were able to focus on Brandon's health and get him the help he desperately needed. Within 24 hours, Brandon was in a rehab center in Florida. There is no doubt in my mind that this turn of events, as unfortunate as it seemed at the time, most certainly saved Brandon's life. It is important to note that my family has had a long history of substance abuse. My dad grew up with an alcoholic father and he himself has battled alcoholism throughout his life. My brother Kyle has also had struggles with both alcohol and other drugs. I believe these experiences with substance abuse gave our family unique perspective to handle the situation we were facing with Brandon, and played a big role in our understanding and commitment to helping him overcome his challenges.

In the immediate aftermath of this traumatic event, there was tremendous personal, and business fall out. Everyone was in a fog of disbelief. As the second in charge of the business, I was left picking up the pieces Brandon's destruction left behind. I quickly found out that Brandon's actions put us on the brink of bankruptcy. I immediately jumped into emergency management mode and with the help of many individuals and likely a few miracles, we were able to get the business stabilized over the next several months. As I write this letter, five years later, I am pleased (and relieved) to report the business has recovered from the financial trauma and the future looks bright.

When Brandon returned from rehab, he was a different person. He was extremely humble and contrite. There was extensive emotional scar tissue to handle immediately. Despite the damage Brandon had caused, our family was ready to give him a second chance. It certainly took some time for things to settle down and the new reality to sink in. Brandon was embarrassed and ashamed of his actions. However, he was resolute in his commitment to stay sober and make

amends, as best possible, for the damage he had done. Brandon has always been a dedicated family man, but since this situation and his commitment to sobriety, this has become his sole focus. Brandon is extremely devoted to his family and two children, particularly to his son Andrew. Andrew is a talented athlete and Brandon devotes a lot of time coaching and supporting his athletic dreams. Both of Brandon's children have excellent character and are exceptional students. We could not be prouder of them. Looking back, it would have been very easy for the family to unravel in the wake of this situation. However, because of the resolve of Brandon and our entire family, we have been able to keep everything together and maintain a positive situation for Brandon's children.

Over the last 6+ years I really haven't taken much time to reflect on this entire situation. As I write this letter, I am flooded with many emotions, both positive and negative. I certainly have had many moments of anger, confusion, sadness, and embarrassment. These were natural emotions that consumed me early on. Fortunately, these negative emotions have lessened daily over the last five years and really don't have much of a place in me today. Conversely, on the positive side, I am also filled with pride, gratitude, and hope. I am proud of my family and the way we came together and persevered, despite overwhelming adversity. I don't believe there are many families that would have stayed together in the same situation. Further, I am proud of my brother Brandon. He has taken ownership of his actions, faced his demons head on, and has fought every day to remain sober and be the best man he can be for his family. I believe it would have been easy for him to give up, but he never has. Next, I am grateful that this situation, while tragic and damaging, did not end up worse. We could have easily lost Brandon, lost our family, lost our business. That has not happened, and I am very grateful. Lastly, I have hope. I am hopeful that we will continue to learn and grow from this tragedy. I am hopeful that these challenges will make us better people and will help us raise our children to be better people. I am hopeful that my brother Brandon continues on his current path and remains a positive and steady presence for this family.

I will conclude this letter by asking the court to review the entire situation and consider leniency for my brother Brandon. He has paid a tremendous price for his actions and will continue to do so for the rest of his life. Brandon has grown a tremendous amount over the last 6+ years and I believe he will continue to become a better man everyday moving forward. I will also say that any punishment that Brandon receives will directly and disproportionately negatively impact his family, those who love him, and have stuck by him throughout this tragedy. If Brandon were to be removed from his family, no one would be more negatively impacted than his children, and I really hope this can be avoided, if at all possible. I strongly believe it is in everyone's best interest that Brandon remain with his family and continue on his current positive path.

Thank you for your time and consideration.

Sincerely,

Blake K. Johnson
blake.johnson@gtjonline.com
(586)557-1639

To whom it may concern,

I was asked to provide a letter detailing the relationship with my older Brandon T. Johnson, specifically prior to and following the events of October 2017. This is a difficult task without first talking about our relationship leading up to that time.

I have always been very close with my brothers throughout the years and as I sit here writing this letter, it really has been in phases. I would say that starting my freshman year of high school is when Brandon and I really started to develop a special bond. As a 9th grader I was fortunate enough to have an older brother as a senior. Entering high school, you hear the horror stories and imagine the worst, it was comforting to have him looking out for me, not to mention he was popular and one of the better athletes in his class. He really took me under his wing and welcomed me into that scary stage of life. For better or worse, he and his friends took me everywhere they could with them, and I have so many great memories of that time. Our relationship continued to grow throughout his years in college, with me visiting numerous times and eventually moving in with him for a period of time. More crazy times, more great memories! We lived together again after we started the business and created more great memories. I guess what I am trying to say is that he was always there for me and tried to look out for me the best he could for as long as I can remember. And believe me, it was not easy! So many nights, for so many years we partied and drank, had fun and did it all over again! It was easy for us, almost like second nature, because we are both addicts.

For so many years, life was a blur after we started GTJ. Everyone was working countless hours every day. Every day it seemed like the workload doubled, the checks got bigger, the buildings got bigger. More people, more employees, more trucks, more everything. It was happening so fast, and so smoothly. It was remarkable! For most of this time I was a field crew leader, so I spent most of my time out working on properties. What I did know is that Brandon was in charge, and we were kicking butt! I was enjoying the ride. Brandon always wanted the best for me personally. For so long he wanted me to take my place in the office with my brothers. It got to the point where I had to make a choice, if I wanted to make more money, I had to take on more responsibilities. I held many different management positions, managed different areas, and always struggled to find my niche within the organization. I was more than capable, just not very interested. It drove my family crazy; it seemed like I didn't care. For the longest time my addiction controlled my life. It was easy for me to use and complete the field work. Not so easy when I had meetings, decisions, deadlines. Being held accountable and holding people accountable was not something I was interested in. I have always been a hard worker, and would try to the best of my ability, but that ability was clouded for so long. I struggled with my addiction to drugs and alcohol from the time we started the business until 2016. So much had happened in my personal life, my professional life, and the lives of so many others that are or have been associated with GTJ and I was oblivious because of my addiction. I am certainly not proud of this. The point is, I was too busy fueling my own addiction to see the walls closing in around our family and the business because of the addiction of my brother. So many people had lost their jobs, we closed an office, pay cuts, late bills and payments, foreclosure notices, etc. My family was trying everything to keep the doors open and the lights on and just barely hung on until the events of October 2017.

I was finally able to get clean on October 16th of 2016, 361 days before the IRS came to the office inquiring about payments made to Matt Adams and his company, MDA. I will never forget that day as long as I live. Our receptionist had come into my office early in the morning and told me the IRS was here and would like to speak with an officer of the company. I went out and met the agent, introduced myself, sat her in the conference room and proceeded to get Blake Johnson, our younger brother, to meet with her. After a brief period of discussion, Blake came out and told me something was going on between Brandon and Matt and he needed me to retrieve the payments folder for MDA from the previous year. We reviewed the information and had concluded that hundreds of thousands of dollars had been taken from the company and paid to Matt and MDA for services never completed. We (Myself, Blake, Parents) met at my parent's house after the IRS left and we had discovered more details of more payments and we had to confront Brandon. We were going to terminate his employment and needed an explanation. We waited until Brandon came to work that day and confronted him. From my own perspective and experience, it was at that time that Brandon was either going to deny it and run or come clean and tell us everything. He came clean. It appeared to be relieving for Brandon to finally tell the truth. When he told us what he was using (Opiates) and what it was costing, and that we would never be able to forgive him. The amount of drugs that Brandon was taking on a daily basis is mind blowing and it is really a miracle he is not dead.  Our immediate reaction as a family is one that I am very proud of. As detrimental as this was to our company, and all our families, it was a situation that we would eventually overcome and save our brother. We wanted Brandon get the treatment he needed, the same help that saved my life. I called my therapist from the treatment center I was at in Florida, explained the situation and extent of his drug use and was able to secure him a bed for the next day. Brandon and I flew together the next day to Florida, on my wedding anniversary, 1 year after getting clean myself, and on 10/13/17 he was admitted to treatment.

When I returned from Florida, Blake and I started reviewing all bank transactions to Matt and MDA from the previous year. I spent the next several weeks reviewing bank records making copies of all the checks that been written, creating a list of all transactions. Blake and I worked sunup to sun down uncovering the depth of Brandon's financial mismanagement of the companies funds to feed his addiction. It was a truly emotional experience going through those bank records, uncovering the extent of his deceit and what lengths he went to covering it up. Everything had started to make sense. We spent the next several years repairing the damages that Brandon created.

As a recovering addict myself, I try to look at the positives in every situation and how they affect me. As tragic and unfortunate this whole situation is or was, I have so many things that I am grateful for because of what happened. First, my relationship with my younger brother has never been better. It forced us to work side by side on a daily a basis and he is helping me reach my full potential as a professional. It has allowed me to carve out a meaningful spot withing the company and have an impact on a daily basis. It has given me the opportunity to share the miracle of recovery with Brandon and we get to celebrate our clean date during the same week. This is a gift that so many don't ever get to experience. It has given me the opportunity develop a new relationship with Brandon, with us both being better men through our hard work in recovery. It has transformed the way that we do business through transparency and communication. In many ways what he did, has eventually made us better.

Most importantly it has transformed Brandon. He is more involved with his family. He is more involved with the community. He is taking the lessons he is learning and using them to have a positive impact on the young men's lives he is coaching.

Something that I used to think about is what I would have done if I were in Brandon's shoes, as the President and CEO, in active addiction, with full control. Would I have taken money to fuel my addiction? Maybe, truthfully, probably. To what extent, who knows. During my active addiction I did many things that I am not proud of, but through the process of recovery am ok with today. Everything that I have done has allowed me to be a better man, husband, and father. And I believe Brandon has done the same. I know he is not proud of what he has done, but he has taken the correct path and taken ownership of what he has done and what might happen. Today he is a better man than he was. My hope is that you are able to see this in him as I do.

In closing, I do not want to see my brother go to prison. In the five years that have passed, Brandon has tried to change for the better. He has done everything that has been asked of him and has already suffered a great deal because of his actions and will continue to pay for the remainder of his life. He has worked so hard at restoring normalcy at home with his family as best as can with uncertainty looming over his head. I believe that him going away would be detrimental to his children, both teenagers. They are both wonderful, intelligent kids that have bright futures ahead of them, and I fear the negative impact it would have on them.


Thank you for taking the time to read this. I hope it helps.


Kyle H. Johnson