| PROB 12B<br>(Rev. 08/18) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH<br>THE CONSENT OF THE OFFENDER<br>(Probation Form 49, Waiver of Hearing is Attached) | | **U. S. Probation Office**<br>Eastern District of Michigan<br>(Rev. 10/99) | PACTS<br>7324983 | DATE<br>06/21/2024 |
|---|---|---|---|---|---|
| **NAME**<br>JOHNSON, Brandon | | **OFFICER**<br>David Bair | **JUDGE**<br>Matthew F. Leitman | **DOCKET #**<br>20-CR-20587-01 | |
| **ORIGINAL SENTENCE DATE**<br>05/06/2024<br><br>**COMMENCED**<br>05/06/2024<br><br>**EXPIRATION**<br>05/05/2027 | **SUPERVISION TYPE**<br>Probation | **CRIMINAL HISTORY CATEGORY**<br>I | **TOTAL OFFENSE LEVEL**<br>21 | **PHOTO** | |
| **REPORT PURPOSE**<br>**REQUEST TO MODIFY CONDITIONS** | | | | | |
| **RECOMMENDATION**<br>**MODIFICATION** | | | | | |
| **ORIGINAL OFFENSE**<br>Counts 1 and 2: 26 U.S.C. § 7206(1), Subscribing to a False Tax Return | | | | | |

**SENTENCE DISPOSITION**
Probation for a term of 36 months on each Count to be served concurrently.

**ORIGINAL SPECIAL CONDITIONS**

1. For 6 months, beginning on August 12, 2024, you are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court- ordered obligations; or other activities as pre-approved by the officer. A form of location monitoring technology is not required.
2. You must complete 300 hours of community service during the 36-month term of probation. The probation officer will supervise your participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer. The Court recommends the community service be related to substance abuse treatment, recovery, or prevention, to the extent possible.
3. You must submit to substance abuse testing to determine if you have used a prohibited substance.
4. You must participate in a substance abuse treatment program, if necessary, and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
5. If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.
6. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer.

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 7324983 | DATE 06/21/2024 |
|---|---|---|---|---|
| **NAME** JOHNSON, Brandon | | **OFFICER** David Bair | **JUDGE** Matthew F. Leitman | **DOCKET #** 20-CR-20587-01 |

7. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

Criminal Monetary Penalty:  Special Assessment: $200.00 (Balance $200.00) Restitution: $4,808,156.00 (Balance: $4,808,156.00)

### PETITIONING THE COURT

To modify the conditions of probation as follows:

**SUSPEND:**

**"You must participate in a substance abuse treatment program, if necessary, and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.)."**

### CAUSE

On May 6, 2024, JOHNSON began his term of probation. He remains in full compliance with all terms and conditions of his probation. JOHNSON's case involves a long addiction to opioids dating back to the late 1990s. When he was not abusing opioids, he was abusing alcohol. On October 13, 2017, JOHNSON's addiction came to light, and he checked himself into Transformations Treatment Center, an inpatient substance abuse treatment center in Delray Beach, Florida. JOHNSON successfully completed the program and was discharged on December 5, 2017. He returned to Michigan and resided at Dawn's Place, a sober living facility in Ann Arbor, for three months. JOHNSON is now in the maintenance stage of his recovery, which means he uses what he has learned from treatment in his everyday life so he can maintain sobriety. This includes attending Alcoholics Anonymous (AA) meetings one to two times per week. His home recovery group is Noon Tide Group in Harper Woods. To date, JOHNSON has not used any substance since October of 2017. He has maintained sobriety through treatment, community support, and lifestyle changes. JOHNSON was on pretrial services from January 4, 2021, until his sentencing on May 6, 2024. During that time, he had no noncompliance. All of his drug screens were negative, and he always reported as directed.

With this, it is recommended the above condition be suspended. With JOHNSON being in the maintenance stage of recovery, a substance abuse treatment program is not necessary at this time. He has shown during his time on pretrial services he works continuously on relapse prevention and takes his sobriety very seriously. In the unfortunate event JOHNSON has a relapse, the Court would be notified to reinstate the condition, and he would be required to complete a substance abuse program. JOHNSON will continue to be tested randomly to monitor his sobriety.

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 7324983 | DATE 06/21/2024 |
|---|---|---|---|---|
| **NAME** JOHNSON, Brandon | **OFFICER** David Bair | **JUDGE** Matthew F. Leitman | | **DOCKET #** 20-CR-20587-01 |

A criminal record check completed through Access to Law Enforcement Systems (ATLAS) conducted on May 14, 2024, revealed no new criminal activity.

If your Honor agrees with this recommendation, please indicate below and return this correspondence to the probation department.  If your Honor does not agree, please indicate below and direct the probation department as to how the Court wishes to proceed.

Should your Honor have any questions or concerns, this writer may be reached at the number below.

| **PROBATION OFFICER** | **DISTRIBUTION** |
|---|---|
| s/David Bair/mt 313 682-1885 | Court |
| **SUPERVISING PROBATION OFFICER** | **PROBATION ROUTING** |
| s/Christina R. Wilkerson 313 234-5460 | Data Entry |

**THE COURT ORDERS:**

[X]  Modification as Noted Above

[  ]  Other

s/Matthew F. Leitman
United States District Judge

6/24/2024
Date